IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  White-Burke, Joyce R

Printed: 02/17/09

Case Number:  08 B 02308
Judge:  Hollis, Pamela S
Filed:  2/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 5, 2009
Confirmed:  March 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,679.96 |  |
| Secured: |  | 7,428.86 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,488.59 |
| Trustee Fee: |  | 762.51 |
| Other Funds: |  | 0.00 |
| Totals: | 11,679.96 | 11,679.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 3,488.59 |
| 2. | Home Loan Services | Secured | 7,428.86 | 7,428.86 |
| 3. | Cook County Treasurer | Secured | 900.00 | 0.00 |
| 4. | Home Loan Services | Secured | 7,303.15 | 0.00 |
| 5. | Reliable Disposal | Unsecured | 8.70 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 16.74 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 21.34 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 74.12 | 0.00 |
| 9. | Credit Acceptance Corp | Unsecured | 1,024.11 | 0.00 |
| 10. | Chase Automotive Finance | Secured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | CMI | Unsecured | | No Claim Filed |
| 14. | Gerardi Brauer Ross Attys | Unsecured | | No Claim Filed |
| 15. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 16. | Midland Credit Management | Unsecured | | No Claim Filed |
| 17. | ICS | Unsecured | | No Claim Filed |
| 18. | Money Recovery | Unsecured | | No Claim Filed |
| 19. | Money Recovery | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Money Recovery | Unsecured | | No Claim Filed |
| 22. | Money Recovery | Unsecured | | No Claim Filed |
| 23. | Money Recovery | Unsecured | | No Claim Filed |
| 24. | Money Recovery | Unsecured | | No Claim Filed |
| 25. | Money Recovery | Unsecured | | No Claim Filed |
| 26. | Park Dansan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  White-Burke, Joyce R

Printed: 02/17/09

Case Number:  08 B 02308

Judge:  Hollis, Pamela S

Filed:  2/1/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Park Dansan | Unsecured | | No Claim Filed |
| 28. Pierce & Associates | Unsecured | | No Claim Filed |
| | | $ 20,283.35 | $ 10,917.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 0.00 |
| 6.5% | 543.11 |
| 6.6% | 219.40 |
| | $ 762.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: